UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

The ESTATE OF MARIAN VAUGHN,
by and through Keith Vaughn,
Personal Representative,

       Plaintiff,

vs.                       CASE NO.: 4:05-cv-00389-SPM/AK

LIFE CARE CENTERS OF AMERICA, INC.
OF TENNESSEE a/k/a LIFE CARE CENTERS
OF AMERICA, INC. and CENTRE POINTE
HRC, LLC (as to Center Pointe Health &
Rehabilitation Center,

       Defendants.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court upon the correspondence addressed to Judge Kornblum (doc. 42) filed July 6, 2006, which advises that the parties have settled the case and that "appropriate papers" will follow shortly.

Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>seventh</u> day of July, 2006.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge